FRANK D. CRAIG and Others, Appellants, v. AMERICAN EXCHANGE-PACIFIC NATIONAL BANK, Respondent.— Order modified as indicated in order, and as so modified affirmed, with ten dollars costs and disbursements to the appellants against the defendant American Exchange-Pacific National Bank, and with leave to the defendant American Exchange-Pacific National Bank to answer within twenty days from service of order. No opinion. Present — Dowling, Finch, McAvoy and Martin, JJ.

AUGUSTA M. CLARK, Respondent, v. NELSON SHERWOOD CLARK, JR., Defendant, Impleaded with THE FARMERS' LOAN AND TRUST COMPANY, as Trustee, etc., of NELSON SHERWOOD CLARK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY A. LIBAIRE and Another v. LEWIS LANDES.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LENA PUSTILNIK v. MORTIMER A. AUFSES, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FANNIE SCHEAR, Respondent, v. ISAAC HUTKOFF and Others, Individually and as Executors and Trustees, etc., of NATHAN HUTKOFF, Deceased, Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE SCHEAR, Respondent, v. ISAAC HUTKOFF and Others, Individually and as Executors and Trustees, etc., of NATHAN HUTKOFF, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

859 SEVENTH AVENUE CORPORATION, Appellant, v. JAMES P. DYMOCK and Others, as Executors, etc., of JOHN HARDY, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of HARRY BIRNBAUM, Petitioner, for a Certiorari Order to Review the Action of the COMMISSIONER OF LICENSES OF THE CITY OF NEW YORK, Respondent, in Revoking His License to Conduct an Employment Agency and in Refusing to Issue Him a New License to Conduct Such Business.— Order of certiorari dismissed and proceedings confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNITED STATES MORTGAGE AND TRUST COMPANY and Another, as Executors, etc., of JENNIE W. McCARRON, Deceased, Appellants, v. AMBROSIA G. McCARRON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL McKENZIE, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.